**Opinion issued July 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00620-CV

———————————

**LARRY ST. ANDRIE, Appellant**

**V.**

**CANTERA AT TOWNE LAKE, Appellee**

---

**On Appeal from County Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1186816**

---

## MEMORANDUM OPINION

Appellant Larry St. Andrie failed to file a brief. *See* TEX. R. APP. P. 38.6(a),

38.8(a). On November 21, 2022, the Clerk of this Court notified Appellant that his

appellate brief was past due, and his appeal was subject to dismissal. *See* TEX. R.

APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file his brief and a motion

requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.